```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BECKLEY
```

**MICHAEL VINCENT PASCOCCIELLO, et al.,**

    **Plaintiffs,**

**v.**                                             **CIVIL ACTION NO. 5:04-1085**

**INTERBORO SCHOOL DISTRICT, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

In an order dated November 8, 2005, this court transferred all claims against the Interboro School District ("ISD") and Robert J. Castle to the Eastern District of Pennsylvania (Doc. No. 142). To the extent that order was unclear, the cross-claims brought by the Fayette County Board of Education ("Fayette Board") are TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania for the reasons stated in the November 8 Order.

The Clerk is directed to TRANSFER the cross-claims against ISD and Castle to the Eastern District of Pennsylvania. Further, the Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record and to the Eastern District of Pennsylvania.

The Clerk is further directed to send copies of all documents relating to Fayette Board's cross-claims to the Eastern District of Pennsylvania, including Doc. Nos. 6, 7, 19, 25, 29, 32, 78, 81, 82, 133, and 140.

It is SO ORDERED this 14th day of December, 2005.

                                 ENTER:

                                 David A. Faber
                                 United States District Judge